

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00276-CR

| | | |
|---|---|---|
| Chadwick Jeramine Parks | § | From County Criminal Court No. 4 of |
| | § | Denton County (CR-2007-09248-D) |
| v. | § | October 24, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM